UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTOPHER LLOYD REED
                      PRISONER
v.                         CASE NO. 3:03CV90(DJS)

JOHN J. ARMSTRONG, ET AL.

ORDER OF DISMISSAL

On April 15, 2003, the court issued an order requiring the plaintiff to file an amended complaint demonstrating that he had exhausted his administrative remedies before filing this action. The court cautioned the plaintiff that failure to comply with the order within twenty days would result in the dismissal of this case. (See Doc. #4.) On June 2, 2003, the court granted the plaintiff ninety days to file his amended complaint and directed him to file his by June 30, 2003. To date, the plaintiff has not filed an amended complaint.

Accordingly, the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P. for failure to comply with orders of the court. Any motion to reopen this case shall demonstrate good cause for failing to respond to the court's order to file an amended complaint. The Clerk is directed to enter judgment and close this case.

**SO ORDERED** this   29th   day of March, 2005, at Hartford, Connecticut.

                                              /s/DJS
                                    **Dominic J. Squatrito**
                                  **United States District Judge**